Hon. Michael M. Mihm  
United States District Judge  
112 US Courthouse  
100 N.E. Monroe Street  
Peoria, IL 61602

January 7, 2020

RE: Chris Brackett Sentencing

Hon. Michael Mihm

I am writing this letter in reference to the upcoming sentencing for Chris Bracket. I am hoping to convey that Chris is a good man, is remorseful about his past incident and that he has made changes in his life since that time.

Chris has been a friend of mine for a while now. I am aware of his court case and what he has been charged with. Chris has told me several times that he realizes his mistake in breaking the law and has shown remorse since that time.

Chris is actively helping other hunters now with his company Game Changers. He is now finding joy in helping other hunters realize their dreams by sharing his knowledge he has gained in the hunting industry.

As a business owner I daily rely on my judge of people's character to run business. While Chris obviously made a bad decision about shooting the deer. I find his character to be solid and I think that shows in his attitude since the incident. His willingness to take the plea deal, although it is harsh, shows that he is willing to move on. This incident has already effected his life greatly. The loss of income through lost sponsors, the inability to hunt for 30 months (this was his occupation not just a hobby), and a fine seem like more than enough punishment for one guy. This incident has effectively ended his career as he once knew it. I believe any jail time is excessive and beyond any reasonable punishment.

Chris has obviously made a change in his life since this happened 5-6 years ago. None of us our perfect and Chris admits his mistake, but has taken it upon his self to become a better person, help others and share his love for the outdoors. He has been helping others, including myself, every day through coaching and encouragement. Chris has since been married and intends to start a family with his wife Jodi.

Hopefully, this short letter is helpful in explaining how I see Chris and shows his character to be solid and his life change to be an indication that he realizes his mistake and has made an intentional shift in his life.

Respectfully,


Kirk Martin

January 7, 2020

Hon. Michael M. Mihm
United States District Judge
112. U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Your Honor,

I am writing this letter to personally vouch for the character of Chris Brackett. I've personally known Chris for around 5 years and met him at my church. When his charges came down and his career ended as a professional hunter, I witnessed Chris crushed and humbled at the weight of his actions. He owned up to his mistakes and I've only seen him grow as a person since then.

As a fellow hunter, I take the law seriously and Chris has only helped me understand the complexities of the federal laws of the US Fish and Wildlife Service even more than I did previously. Chris's action of helping others take the law more serious is a true sign, in my opinion, of him changing since these charges were brought against him.

As Chris's friend, I'm as willing, as I am will all my friends, to hold Chris to a high standard of conduct in life. I will continue to personally challenge him as well as build him up as person and friend. I hope and pray that you consider this letter sincerely.

Warm regards,

**Ryan Luginbuhl**
Director of Ambulatory Development
OSF Healthcare
Peoria, IL

**YAHOO! MAIL**

| | |
|---|---|
| **Subject** | Chris Brackett Plea |
| **From** | Jake Payton <jakepayton86@gmail.com> |
| **To:** | edslaw2000@yahoo.com <edslaw2000@yahoo.com> |
| **Date** | Tue, Jan 7, 2020 at 1:09 PM |

Ed,

Chris contacted me and said that it may be beneficial to him for me to write you.

I've known Chris for over 10 years and before all of this he was a different more stressed out person. However, he was still a decent guy, I witnessed him pull a drowning man out of the river several years back before all of this drama.

Since everything has happened I believe he has learned his lesson, and is a changed man for the better. His plea to a 30 month hunting ban and $30k fine is hurting him substantially becasue he had to find a new way to make a living outside of television. He is a changed man with a new wife and trying to start a family and live right. I hope the judge will take that into consideration.


Respectfully,

Jake Payton

**YAHOO! MAIL**

| | |
|---|---|
| Subject | Chris Brackett |
| From | Dan Joseph <dtjjoseph@yahoo.com> |
| To: | edslaw2000@yahoo.com <edslaw2000@yahoo.com> |
| Date | Tue, Jan 7, 2020 at 12:26 PM |

Judge Mihm-

I am writing this brief email as a character witness to Mr. Chris Brackett. I have known Chris for approximately 15 years as a patient of mine, as well as a fishing friend. Chris has always been extremely generous sharing fishing and hunting tips with me--as well as even offering all his gear for me to use. Furthermore, he has even arranged fishing trips for me and my two boys and has never asked for anything in return.

I do not know the details of this case, but I will say Chris is a very generous, kind, and fun-loving person who has a true passion/love for hunting and fishing. In the past year he has matured tremendously and I believe he would never make this kind of mistake again. Chris is a good person and does have a big heart. I wish him the best and hopefully he can soon return to his passion of hunting and more importantly has learned his lesson and become even a better person.

Sincerely,

Daniel T. Joseph

**YAHOO! MAIL**

| | |
|---|---|
| **Subject** | Chris Brackett |
| **From** | Nate Herman <nate@hblakemanagement.com> |
| **To:** | edslaw2000@yahoo.com <edslaw2000@yahoo.com> |
| **Date** | Wed, Jan 8, 2020 at 12:33 AM |

Your Honor,

I am writing this brief letter on behalf of Chris Brackett. I co-own and operate a couple family businesses in Central Illinois- The Giant Goose Ranch Family Campground and Herman Brothers Lake and Land Management. We help introduce families to the outdoors with many hands on experiences.

I have known Chris for many years and while we haven't always seen eye to eye in the early years, I have been impressed with his genuine humbleness and overall transformation. He works hard and has become a tremendous asset in teaching our clients how to become better stewards of their lakes, land, and time spent outdoors.

Thanks,
Nate Herman
309-303-5691



Sent from my iPhone