E-FILED
Friday, 10 January, 2020  10:18:40 AM
Clerk, U.S. District Court, ILCD

Adam Merrick
100 N. Main St.
East Peoria, IL 61611

January 7th, 2020


Re: Chris Brackett

To: The Honorable Judge Michael M. Mihm


I have known Chris Brackett for 30 years as a neighbor and in the past year 2 years as a good friend. When I heard about his recent case I was surprised as he has always been a solid person with ethics and integrity. It is for that reason I'm happy to write this letter of reference for Mr. Chris Brackett regarding this matter. I understand the seriousness of this matter and hope the court can show some leniency.

I'm new to the outdoor world and want to learn and teach my children the right way to fish and hunt. Chris Brackett has been an amazing advocate to help me learn and teach lawful practices to not only myself but more importantly to my children. Even though he has lost his ability to hunt he constantly teaches ethical practices for conservation. Chris has also help connect outdoorsman by offering his fellowship and is always very generous with his time towards his outdoor passion.

In addition this his education and fellowship he has offered to so many. We have developed a friendship. Chris is the first one there if you need help, he is the last one to leave the side of someone in need. He is the kind of person that doesn't expect anything in return. In this world we live in that is a trait I value. That is the type of conduct that can be faked or acted out unless it is genuine and in someone's core values.

It is unfortunate that Chris has made a bad decisions, thus resulting in this case. While I was surprised of his of his misconduct, as it comes to no surprise to me that he is ready to accept responsibility for his actions. As a result I believe he will move forward, he will emerge as a better person.

It is my sincere hope the court will take in to consideration at the time of sentencing. In spite of this case I believe Chris Brackett to be an honorable individual, a valuable member of our community, a friend, and a good human being.


Sincerely,



Adam Merrick
Owner Adam Merrick Real Estate
Designated Managing Broker

Wednesday, January 8, 2020

To the Honorable Michael M. Mihm,

My name is Darin Hoffmire and I write this letter on behalf of Chris Brackett.   I have known Chris for several years and know him to be a man of high moral character.  I recognize that he has admitted to violating game laws and is currently being prosecuted for such.  Chris made a significant error in judgement, for which he should be held accountable.   However, this is not the Chris Brackett that I know.  Chris is passionate about the outdoors and I know he greatly regrets his decision and the negative impact it has had on his desire to be a man of integrity as well as the "black eye" it has given the outdoor industry he has dedicated himself to for many years.   I also know Chris to be a man of great faith and that he seeks to represent his  beliefs consistently.   As long as I have known Chris, I have known him to be a man who quickly comes to the aid of others, even if at significant cost to himself.  Although Chris made a grievous error in judgement, my belief is that this is not consistent with his character and I am requesting that you consider leniency when it comes to his sentencing.

Thank you for your consideration of my request,


Darin S. Hoffmire

# YAHOO! MAIL

| | |
|---|---|
| **Subject** | Re: Chris Brackett |
| **From** | Bailey, Jayme <JRBailey@rwbaird.com> |
| **To:** | edslaw2000@yahoo.com <edslaw2000@yahoo.com> |
| **Date** | Wed, Jan 8, 2020 at 10:50 AM |

Your Honor,

I am writing to you today in an effort to ask that you take into consideration that Chris Brackett is a changed man. Chris is not who people portray him to be in the media. Like all of us, Chris has made some bad decisions in the moment. I have witnessed that Chris has matured and is a man that is truly repentant of his mistakes. He would never let a mistake like this happen again as is clear from the responsible, law abiding man that he has become. He isn't hiding from his mistakes. He has faced them head on and in the most respectable way possible. He has confessed his sins to God and has begged and been granted forgiveness. All the while he has remained faithful to his true Father and it is for this reason that I know he as matured and is truly changed. He has been and continues to be a witness to others as to how respect conservation. Chris has been humbled. He recently married and they hope to start a family of their own sometime soon.

Thank you for taking the time to read this and for your consideration in believing me that Chris has suffered from his mistakes and is not the man so many think he is.

2 Corinthians 5:17
"Therefore, if anyone is in Christ, the new creation has come: The old has gone, the new is here."

Sincerely,

Jayme

Robert W. Baird & Co. Incorporated does not accept buy, sell or other transaction orders by e-mail, or any instructions by e-mail that require a signature. This e-mail message, and any attachment(s), is not an offer, or solicitation of an offer, to buy or sell any security or other product. Unless otherwise specifically indicated, information contained in this communication is not an official confirmation of any transaction or an official statement of Baird. The information provided is subject to change without notice. This e-mail may contain privileged or confidential information or may otherwise be protected by law, rule or regulation. Any use, copying or distribution of the information contained in this e-mail by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender, and delete the material from any computer on which it exists. Baird, in accordance with applicable law, reserves the right to monitor, review and retain all electronic communications, including e-mails, traveling through its networks and systems. E-mail transmissions cannot be guaranteed to be secure, timely or error-free. Baird therefore recommends that you do not send any sensitive information such as account or personal identification numbers by e-mail.

Please click here <http://content.rwbaird.com/RWB/Content/PDF/Help/Consolidated-Report-Disclosure.pdf> for important information about any client reports you receive.

## WALK IN THE WORD *with Dr. James MacDonald*

## LETTER OF RECOMMENDATION

January 7, 2020

To His Honor, District Court Judge Michael M. Mihm:

My name is Pastor James MacDonald. I have served a local church in Illinois for more than 30 years, which has in recent years been associated with Chris Brackett.

I have walked closely and prayerfully with Chris through the exposure of this regrettable poaching incident that happened before we began our relationship.  I think it very possible that Chris was already a changed man. I know Chris' reaction when this matter from several years ago came to light, because I was with him for several days during that time. Chris was at our church camp in Michigan, volunteering his time for a hunting charity to raise funds so that inner city and underserved children can spend a week at summer camp.  His reaction was one of shame, contrition, and heartfelt regret, knowing how far he had come and all the Lord had shown him.  But as I have taught and lived, "some times the good Lord allows our past to come into our present to make sure that it won't be in our future." I believe that is true in the life of Chris Brackett.

I have only ever seen Chris conduct himself with the utmost integrity, and I know he has suffered a great amount already with this lengthy litigation, the cost, the fines, the time without his livelihood.  If the goal is rehabilitative, I believe that has already happened in Chris' life, and I want to strongly advocate for his 100% exemplary adherence to all hunting regulations in the years I have hunted with him subsequent to that single occurrence, as wrong as it was.  If the goal is punitive or as a warning to others, Chris can be utilized to tell his story and the loss he has suffered due to this lawless act.  I respectfully request your consideration of a reduction in his sentence.

It is so common in our day for some to seek publicity for bringing down a celebrity such as Chris Brackett, already a former celebrity, former hunter, former hunting guide – such loss and so unfortunate.  Why have the consequences been compounded with legal costs, a trial, a sentencing, a review of the sentencing… the man has suffered so much.  Please allow consider allowing him to pay his fine and go his way in peace.  Please do not allow the overzealous to punish him still further.

There is so much anger and animosity in our nation these days, please consider showing mercy toward Chris Brackett.

If you would like to discuss this further or better understand the depth at which I know the current Chris Brackett, please contact me – Dr. James MacDonald, 312-897-7777.

Sincerely,

Dr. James MacDonald

# YAHOO! MAIL

**Subject**    Letter for Chris Brackett

**From**       Cody Geier <codygeier@ptsinc.org>

**To:**        edslaw2000@yahoo.com <edslaw2000@yahoo.com>

**Date**       Mon, Jan 6, 2020 at 11:24 PM

I wanted to write you a letter vouching for Chris's character. I've known Chris for 4-5 years now. But but our relationship as friends has grown deeper in the past couple of years. We moved from acquaintances seeing each other at church and talking every once in a while to a friendship of that like brothers.  I was there the day Chris made the decision to be baptized. I've seen the spiritual growth in him that can only come from our LORD. His devotion to family, friends and his work is a "can do" "never stop" "find a way" sacrificial devotion. He has lost so much yet I believe he gained more through this time in his life. When you lose everything, and find Christ, that's when you really find out who you are. Like everyone else on this earth we are not perfect, nor will we ever be. But those who admit they are a sinner, believe in Jesus Christ and commit their lives to him are saved by his grace. Everyday presents it's challenges and we're not always going to get it right but praise God for His grace and mercy. Yes there are consequences to the things that we do here on this earth. Yes we have rules or commandments that we ought to follow that help guide us. I believe Chris has learned his lesson with the laws of conservation that have been established for all of us that go afield. Chris is a good guy. He's a good friend. My five and half year old daughter and three and half year old son just think the world of Chris. They're always excited to see him. He's great with my kids. Shows them kindness and gentleness. He encourages them and genuinely cares for my family. We've had meals together in each others homes. I've done life with Chris, gotten to know him better and he truly is a good guy. He's a changed man. He doesn't deserve a felony. He doesn't deserve jail. He deserves another chance to do it right. Yes, there will be fines and restrictions that need to be done but nothing more than that ought to happen. He's no different than you or me.

Get Outlook for iOS