January 9, 2020

Honorable Micheal M. Mihm
United States District Judge
112 US Courthouse
100 N.E. Monroe St.
Peoria, Il 61602

Your Honor,

I had initially become aware of Chris Brackett over 15 years ago at an Outdoor Show in Madison, Wisconsin.

My first impression of this young man was that his enthusiasm and excitement for everything outdoors was contagious and his unique approach and exciting ideas were new to the outdoor industry. At the time, I could not have imagined that our paths would cross again.

Years later, as an avid hunter and outdoorsman, I watched outdoor television and read many outdoor magazines. It was through these mediums that I learned that the young man I met in Madison, Wisconsin had grown into extraordinary archer with an ability to create and communicate like nobody else in the outdoors. His TV shows, Arrow Affliction and Fear no Evil, were reaching thousands of people whom were being introduced into the outdoor lifestyle in an exciting and entertaining way. Especially connecting with young people, something we need desperately in the outdoor industry.

Six years later I call Chris my friend. He is a loyal son and brother, great role model and Uncle to his two nephews, good friend, and most recently loving husband to his new bride.

He has confided in me the great pain and remorse he feels for the past actions that brings me to write this letter. We have talked at length and have insured each other to be accountable in matters of our family, relationships, business, and our passion for the outdoors. Most importantly Chris has worked hard to redeem himself and be a better role model for others in the future. He will hold up to the letter of the law and guide others in the ways of proper stewardship and conservation that we all must strive for.

I appreciate your time and consideration for reading this letter.

Sincerely,


Jerry Milos
916 S Elm St.
Mount Prospect, Il.60056
CEO
EZ Kut Products Inc

October 29, 2019

Your Honor,

    Im writing this letter to attest to the current character of Chris Brackett. I met Chris a couple years back through a mutual friend. Our mutual friend has known Chris the better part of 15 years and considers Chris family. Through many discussions over time, our mutual friend somewhat confirmed opinions others Ive read of Chris being "Brash" or "Rough around the Edges", but also described him as a person that deep down had a kind, giving heart.

Over the next couple years, I stood back and observed Chris, mostly following on social media, and began to notice a change that didn't support the persona he portrayed on TV. I suddenly realized a coupe things, 1. What seen on TV was from the year prior 2. Something major had changed in Chris' life.

Curious I inquired with our mutual friend. My suspicions were confirmed, Chris had given his heart to the Lord, he had become a born-again Christian! Our mutual friend described the change seen in his life as unbelievable and almost unrecognizable.

In spring 2018 I contacted Chris to talk personally, to determine if the "change" was indeed for real. It was a long conversation of Chris sharing his radical transformation, opening up about his wrong doings that had went on prior to surrendering his life to the Lord, and his newly found faith. A couple weeks later I invited Chris to come to our Church in Upstate NY as a guest speaker at our Sportsman Dinner.

The Dinner was a successful one with Chris wowing the audience with his shooting abilities then sharing his testimony of his life transformation. The response was amazing. Chris took the time to meet and greet, and even sit down with each person there, especially the children. This was when I realized the transformation was REAL! This was not the same man I watched on TV for several years or discussed with my friend behind closed doors. The kindness, love and patience he showed was definitely a transformation, and could only be GOD!  I've witnessed this several times throughout my 30 years of being a Christian. Its undeniable when witnessed. It's a change of the inner person that cannot be acted, even by the best Hollywood actors. A glow in the persons soul per say. I believe people can

October 29, 2019

rarely change, but the bible makes it clear, "nothing is un-possible with God" and that is what makes this change in Chris so real, and only due to one thing, GOD!

Later that night I brought Chris back to my house for dinner and to meet my own family. We all fell in love with the "new" Chris that night, and he left the next day, not as a friend of a friend, but my brother. We've continued our relationship over the phone uplifting each other with things we've learned either from church services, or a scripture that God has layed on our heart for each other.

In conclusion I can attest that currently Chris Brackett is a fine Godly man. I can attest that his transformation and salvation is TRUE. That the Lord is his guide and the love of his life. The man previously seen on TV and on the social media, was Chris, the key word being "WAS", and that man is him no more. The man that stands before us today is a Christ filled, love people, open book, true bible believer, student of the Word, man of God. Thank the Lord.

Thank you for your time and consideration of this letter.

- Paul Caraballo
  New Life Assembly of God
  Newark NY 14513

Dr. Justin Brown DVM
Dr. Justin Fehr DVM
Dr. Stephanie Gingras DVM

1715 W. Chanute Rd
Peoria, IL 61615
(309) 691-5414
brownanimalhospital46@yahoo.com



**BROWN**
Animal Hospital

Your honor,

I am writing this letter in support of Chris Brackett. I hired Chris as a consultant for improving my farm acreage last year. I have worked closely with him since and now consider him a friend. He has been trustworthy and straightforward in his dealings with me. I have never had the occasion to doubt his workmanship or character. He has provided the agreed upon services at the cost discussed and then gone above and beyond without expecting payment. As a matter of fact, on occasion I have had to compel him to take the money he deserves for his labors.

I am aware that Mr Brackett has a pending legal issue. I do not recognize the person described then as the man I am working with now. I know he has deep regrets for his previous action and is striving to rebuild his life and career in the field of land management.

I hope you will take these words into consideration when making decisions for Chris' future.

Sincerely,

Dr Justin Brown DVM

Michael E. Boley
Nauvoo Illinois Police Department
60 North Bluff Street
Nauvoo, IL 62354
January 7, 2020

Senior Judge Mihm
Senior United States District Judge
United States District Court
112 U.S. Courthouse
100 Northeast Monroe Street
Peoria, IL 61602

Dear Senior Judge Mihm:

I am writing this letter to Your Honor today in reference to my support for Mr. Chris Brackett. Over the years I would reach out to Chris on social media with a question about hunting or land management, and he always seemed to find the time to respond to me. At that time, all that I knew about Chris was that he lived in the same part of Illinois that I did and was an outdoor television personality.

After Chris' incident came to light, I again reached out to him. I wanted to let him know that I was thinking of him and hoped that he could come out of this situation as not only a better citizen of his community, but a better man.

I continued to communicate with Chris and had the opportunity to spend a couple of days with he, and his now wife, Jodi, shortly thereafter. I observed a man that was totally different than the guy that was portrayed on television. He was very humbled by the turn of events that had taken place, and the situation that he had found himself in.

In talking with Chris in person, I wanted to get an understanding of how the potential consequences of his actions would change who he was going forward. What I found was a man that realized that there are consequences for actions that one takes that are in violation of any statute of the land. Chris clearly took responsibility for what had occurred and fully understood the potential that the consequences could have on his life going forward.

In my 16 years of law enforcement, far too often I am in the presence of defendants that are either unable to and/or refuse to see and accept the responsibility for their actions. It has been my experience that individuals with that mindset tend to have a high rate of recidivism. As I have gotten to know Chris more in the time leading up to the writing of this letter, I continue to see a

Senior Judge Mihm
January 7, 2020
Page 2

man that is focused on paying the price for his actions, while also possessing a full understanding of how he found himself in his current position.

I also believe that Chris is, and will continue to be, an asset to those close to him, the community in which he lives, and the entire outdoor community. Chris' knowledge, passion, and commitment to educate and provide assistance for landowners, hunters and outdoorsman, is truly at an elite level. I believe Chris is sincere in his desires to use the gifts that he has been given, to do his part in making a positive change to the land, and also the lives of as many people as he can.

Over the years I have seen numerous wildlife code violations that were truly heinous, by first time offenders. Oftentimes, a lighter level of punishment at sentencing than what the courts could impose resulted as a result of the defendant being a first time offender. However, I understand that those of us that are public figures are sometimes held to a higher standard. I explained that to Chris, and he fully understood that his role as a television personality, and an ambassador to the hunting community, placed him in the category of a public figure.

Chris had reached a level of success that not many people ever find in the outdoor industry. That came as a result of a lot of honest hard work and determination. Literally, overnight, that was all gone. I fully believe that the consequences he suffered from the loss of his profession, in addition to those that Your Honor will impart, will result in Chris being an upstanding contributor to society going forward.

I don't take the submission of this letter to your courtroom lightly. I have nothing but the absolute highest respect for the entire criminal procedure, and would never consider entering my appearance on a matter unless it was something I fully believed in. I look forward to continuing my friendship with Chris in the years to come, and doing what I can to support him in making a positive impact with his abilities.

I want to thank Your Honor for taking the time to read my letter, and taking it in to consideration prior to a sentencing determination.


Respectfully submitted,

Michael E. Boley
Chief of Police
Nauvoo Police Department