January 14, 2020

Hon. Michael M. Mihm
112 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Your Honor,

I am writing in regard to the impending sentencing of my husband, Christopher C. Brackett. While we have only been married since July of last year, I have known him since I was 16 years old. I moved to the South after graduating from college and did not see him for a long time. Years later, after returning home in February of 2007, we began dating. We were engaged four months later. I witnessed first-hand the evolution of his rise to fame. He was one of the best bow shooters and hunters in the world. Our life was anything but boring, but I would never trade the man he is today for the one he was back then.

Since these events have come about, I have observed a man who became broken, and I have watched the effect this has had on his career and life. Chris fully surrendered his life to Christ, which had been my prayer for years. He and I both believe it was all a part of the Lord's miraculous plan of redemption for his life. We both see the events over the last couple years as a blessing as it has humbled him. He understands the impact of his actions, and certainly, this has brought us closer.

I have observed Chris do many wonderous and incredible things. In his early 20's he saw a doe that had been hit alongside the road. When he got out of his truck, he observed that the doe's belly was moving. He pulled out his pocket knife, cut the doe's abdomen open and pulled out a fawn. He wiped the fluid from its mouth and gave it mouth to mouth resuscitation. It took its first breath and bleated! He immediately named it Hoyt and took it to Wildlife Prairie Park to be cared for. Although I do not have the article, this story was in the Journal Star.

He has gone above and beyond to give back to so many people and made countless children feel special and heard by taking time to listen to them and teach them. He possesses an innate ability to relate and reach children. While at a trade show, a mother had expressed her concern to Chris that her son was making poor decisions and getting in trouble at school. He pulled the young boy aside while his family and I watched. Chris got down on his level and talked to "his younger self". He could relate to the child and he talked to him in the way that he wished someone would have talked to him at that age. The mother sent us a thank you note of what that conversation had meant to her and her son and the impact that it had on him.

"For the Lord disciplines the one He loves, and chastises every son who He receives." Hebrews 12:6
In November of 2017 Chris's career and life were unequivocally devastated in a matter of hours, and he has patiently endured these consequences and accepted responsibility for the choices he made years ago. A 15 year career in the outdoor industry, his dream since he was a young boy, crumbled to pieces in a matter of 12 hours, as his sponsors dropped their endorsements and both of his tv shows were pulled from the Outdoor Channel. He has received death threats on a regular basis and is constantly the subject of ridicule and hate on social media. For over two years, he has patiently been waiting for the day this storm could begin to be over and your final decision on his sentencing would be made known. Your Honor, you will determine the remainder of his punishment tomorrow, January 15th, and he will accept your decision as he knows that he was wrong.

While I realize that he broke the law in this instance, and I would be remiss if I did not acknowledge that, I can attest to the fact that this was not the norm. He was extremely strict and law abiding when I hunted with him, which was frequently. I recall one of the first times he took me hunting where we returned home to retrieve my tags and hunting license after he discovered that I had forgotten them.

Your ruling will not only impact him. If he is incarcerated, I will be solely responsible for all household bills. While this would be very emotionally and financially difficult on me, his mother's health is already compromised and incarceration of her son would be devastating to her. So, I pray that you have mercy on him.

Your Honor, while I acknowledge and do not dismiss his poor decision, I can assure you that he has repented and taken responsibility for the choices he has made. Since 2013, he has made significant changes in his life. His support system is strong and includes not only me, but our families, pastors and godly men that he can look to for wisdom and advice. He is finally surrounded by men of integrity that he can emulate. He regularly shares the mistakes he has made with others and encourages them to learn from his failures. I have no doubt he will use this experience for good for the rest of his life. Please do not let this offense overshadow the positive contributions he has made in the past and will continue to make in the future.

Thank you for taking the time to read my letter.

Kind Regards,


Jodi M. Brackett